UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

Freeman *et al.*,  )
                   )
        **Plaintiff,**  )
v.                 )   Case No. 1:23-cv-01423-CSB-EIL
                   )
**Dawson et al.,** )
                   )
**Defendant.**     )

## REPORT OF RULE 26(f) PLANNING MEETING

      Plaintiffs being represented by Stephen Weil of Loevy & Loevy and Defendant being represented by Paul Watkiss of the Illinois Attorney General's Office, Connor Lynde of Clausen Miller P.C., and Chad Skarpiak of Cassiday Schade LLP, counsel met on January 3, 2024 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates[1] upon which counsel have agreed.

      Counsel have conferred and have agreed that, given the number of plaintiffs, the number of defendants, and the complexity of the issues in this case, a 24-month trial period is the most appropriate in this matter, as set forth in Section III of this Court's Rule 16 memo.

    1. Parties will exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by January 24, 2024.

    2. The deadline for amendment of pleadings is May 24. 2024.

    3. The deadline for joining additional parties is May 24, 2024.

    4. Plaintiff shall disclose experts and provide expert reports by April 2, 2025. Plaintiff shall make any such experts available for deposition by May 2, 2025.

    5. Defendant shall disclose experts and provide expert reports by June 3, 2025. Defendant shall make any such experts available for deposition by July 3, 2025.

    6. Discovery shall be modified as follows:

        Deadline for completion of fact discovery: March 1, 2025

    7. All discovery, including deposition of experts, is to be completed by August 5, 2025.

---

[1] See Section III of this Court's Rule 16 memo (also displayed on this website) for suggested time frames.

8.  The deadline for filing case dispositive motions shall be September 5, 2025.

9.  If applicable, insert here any provisions for disclosure or discovery or electronically stored information and/or any agreements the parties reach for asserting claims of privilege or of protection as trial preparation materials after production.

The parties agree to enter into and submit a protocol for the discovery of electronically stored information by January 24, 2024.

| | |
|---|---|
| BY: Loevy & Loevy | By:    CLAUSEN MILLER P.C. |
| */s/ Stephen H. Weil* | /s/ Brian J. Riordan |
| | BRIAN J. RIORDAN (#6237969) |
| Arthur Loevy | CLAUSEN MILLER P.C. |
| Stephen H. Weil | 10 South LaSalle Street |
| Maria Makar | Chicago, Illinois 60603-1098 |
| Loevy & Loevy | Tel: 312-855-1010 |
| 311 N. Aberdeen Street | Fax: 312-606-7777 |
| Third Floor | briordan@clausen.com |
| Chicago, IL 60607 | |
| 312-243-5900 | Attorneys for Defendants |
| weil@loevy.com | James Dawson and Precise Specialties, Inc. |
| | |
| Attorneys for Plaintiffs Keshawn Freeman, Reynada Jones, Herbie McBride, Mario Froylan, Darcell Prince, and James Hughes, Plaintiffs | |
| | By: /s/ Chad M. Skarpiak |
| | Matthew H. Weller |
| | Joseph J. Lombardo |
| | Chad M. Skarpiak |
| | CASSIDAY SCHADE LLP |
| | 222 West Adams Street, Suite 2900 |
| | Chicago, IL 60606 |
| | (312) 641-3100 |
| | (312) 444-1669 – fax |
| | mweller@cassiday.com |
| | jlombardo@cassiday.com |
| | cskarpiak@cassiday.com |

*s/ Paul O. Watkiss*
Paul O. Watkiss
Assistant Attorney General
General Law Bureau
115 S. LaSalle Street
Suite 2800
Chicago, Illinois 60603
224-922-8120
Paul.watkiss@ilag.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, I electronically filed the foregoing Rule 26(f) Meeting Report together with proposed order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                              s/ *Stephen H. Weil*