IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

KESHAWN FREEMAN *et. al.*,

       Plaintiffs,

v.

JAMES DAWSON *et. al.*

       Defendants.

No. 23-cv-1423

Honorable Colin S. Bruce
Judge Presiding

Magistrate Judge: Eric I. Long

## MOTION TO DISMISS

  NOW COMES defendant, CHERRYLE HINTHORNE ("HINTHORNE"), by and through her attorney, KWAME RAOUL, Attorney General of the State of Illinois, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Honorable Court for entry of an order dismissing her from Counts I and V of Plaintiffs' First Amended Complaint.  In support thereof, defendant states as follows:

  1. That Plaintiffs have filed this action against HINTHORNE seeking to recover under 42 U.S.C §1983.  (Dkt. #34 Plaintiffs' First Amended Complaint, Counts I & V).

  2. That for the reasons set forth in Defendant's Memorandum in support of Motion to Dismiss, Plaintiffs cannot state a claim upon which relief can be granted against HINTHORNE under §1983 for the relief being sought.

  WHEREFORE, Defendant, CHERRYLE HINTHORNE, moves this Honorable Court for entry of an order dismissing her from Counts I and V of Plaintiffs' First Amended Complaint for failure to state a claim upon which relief can be granted.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| KWAME RAOUL<br>Attorney General of Illinois | s/*Paul O. Watkiss*<br>Paul O. Watkiss<br>ARDC #6196695<br>Assistant Attorney General<br>General Law Bureau<br>Prisoner Litigation Unit<br>115 S. LaSalle Street; Suite 2800<br>Chicago, Illinois 60603<br>224-922-8120<br>Paul.watkiss@ilag.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, I electronically filed the foregoing ***Motion to Dismiss***, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Attorney for Plaintiffs:

Arthur Loevy
Maria Adel Makar
Stephen H Weil
LOEVY & LOEVY
3rd Floor 311 North Aberdeen St
Chicago, IL 60607
312-243-5900
Arthur@loevy.com

Attorney for Dawson & Precise:

Brian J Riordan
CLAUSEN MILLER PC
Suite 1700 10 S Lasalle St
Chicago, IL 60603-1098
(312) 855-1010
Briordan@clausen.com

Attorney for Wexford:

Matthew H Weller
Chad M Skarpiak
Joseph J Lombardo
CASSIDAY SCHADE LLP
Suite 2900 222 West Adams Street

Chicago, IL 60606  
312-641-3100  
Mweller@cassiday.Com

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois | s/*Paul O. Watkiss*<br>Paul O. Watkiss<br>ARDC #6196695<br>Assistant Attorney General<br>General Law Bureau<br>Prisoner Litigation Unit<br>115 S. LaSalle Street; Suite 2800<br>Chicago, Illinois 60603<br>224-922-8120<br>Paul.watkiss@ilag.gov |