IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FREEMAN *et al.*, | ) | |
| Plaintiffs, | ) | Case No. 1:23-cv-01423-CSB-EIL |
| | ) | |
| v. | ) | Judge Colin S. Bruce |
| | ) | |
| JAMES DAWSON *et al.*, | ) | Magistrate Judge Eric I. Long |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO SET BRIEFING SCHEDULE

The parties to the above-captioned matter, by and through their respective counsel, jointly request that the Court enter a scheduling order for motion to dismiss briefing by the parties. In support of their joint motion, the parties state:

All defendants have or will file motions to dismiss Plaintiffs' complaint on the pleadings. The parties have met and conferred and agree that both parties and the Court will benefit from a comprehensive consideration of these motions, particularly to the extent that the motions by the different defendants address overlapping and complex considerations and arguments.

In light of these considerations, the parties have agreed to and respectfully propose that the Court adopt the following schedule for the consideration of motions to dismiss on the pleadings filed by the defendants in this case:

\*\*\*

1. All motions for dismissal on the pleadings to be filed on or before **January 11, 2024**.
2. Plaintiffs to file a comprehensive response on or before **February 1, 2024**.
3. Replies in support of dismissal to be filed on or before **February 15, 2024**.

\*\*\*

The foregoing proposed schedule would not affect discovery in this case, which is proceeding.

**WHEREFORE**, the parties in this matter jointly and respectfully request that the Court enter their proposed schedule for briefing of motions to dismiss filed by the defendants in this case.

Dated: January 10, 2024               Respectfully submitted,

BY: Loevy & Loevy                     By:     CLAUSEN MILLER P.C.

*/s/ Stephen H. Weil*                 /s/ Brian J. Riordan
                                      BRIAN J. RIORDAN (#6237969)
Arthur Loevy                          CLAUSEN MILLER P.C.
Stephen H. Weil                       10 South LaSalle Street
Maria Makar                           Chicago, Illinois 60603-1098
Loevy & Loevy                         Tel: 312-855-1010
311 N. Aberdeen Street                Fax: 312-606-7777
Third Floor                           briordan@clausen.com
Chicago, IL 60607
312-243-5900                          Attorneys for Defendants
weil@loevy.com                        James Dawson and Precise Specialties, Inc.

Attorneys for Plaintiffs Keshawn Freeman,
Reynada Jones, Herbie McBride, Mario
Froylan, Darcell Prince, and James Hughes,
Plaintiffs

                                      By: /s/ Chad M. Skarpiak

                                      Matthew H. Weller
                                      Joseph J. Lombardo
                                      Chad M. Skarpiak
                                      CASSIDAY SCHADE LLP
                                      222 West Adams Street, Suite 2900
                                      Chicago, IL 60606
                                      (312) 641-3100
                                      (312) 444-1669 – fax
                                      mweller@cassiday.com
                                      jlombardo@cassiday.com
                                      cskarpiak@cassiday.com

2

        *s/ Paul O. Watkiss*
        Paul O. Watkiss
        Assistant Attorney General
        General Law Bureau
        115 S. LaSalle Street
        Suite 2800
        Chicago, Illinois 60603
        224-922-8120
        Paul.watkiss@ilag.gov