E-FILED
Wednesday, 18 September, 2024  10:56:55 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| KESHAWN FREEMAN, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:23-CV-01423 |
| | ) |
| JAMES DAWSON, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW

NOW COMES Plaintiffs by and through their undersigned attorneys, and seek leave of this Court to withdraw attorney Stephen H. Weil as counsel for Plaintiffs. In support thereof, Plaintiffs state as follows:

1. Mr. Weil's employment with Loevy & Loevy, the firm representing Plaintiffs, has concluded.

2. Plaintiffs continue to be represented by the following attorneys from Loevy & Loevy: Arthur Loevy, Maria Makar.

3. Due to the continuity of the attorneys from Loevy & Loevy representing Plaintiffs, no party will be prejudiced if Mr. Weil is permitted to withdraw his appearance.

WHEREFORE, Plaintiffs respectfully request the Court enter an order permitting Stephen H. Weil to withdraw his appearance as counsel in this matter.

Respectfully Submitted,

/s/ Maria Makar
Arthur Loevy
Maria Makar
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

## <u>CERTIFICATE OF SERVICE</u>

I, Maria Makar, an attorney, hereby certify that on September 18, 2024, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.


/s/ Maria Makar
*One of Plaintiffs' Attorneys*