# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KESHAWN FREEMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case no. 23-cv-1423 |
| ) | |
| v. ) | |
| ) | Honorable Jonathan E. Hawley |
| JAMES DAWSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE FOR DEFENDANT

NOW COMES Kwame Raoul, Attorney General for the State of Illinois, by Alan Remy Taborga, Assistant Attorney General, State of Illinois, and hereby enters his appearance as counsel on behalf of Defendant, Cherryle Hinthorne, in the above cause brought by the Plaintiff.

Dated: May 12, 2025

Kwame Raoul
Attorney General
State of Illinois
*Counsel for Defendant,*
CHERRYLE HINTHORNE

Respectfully submitted,

By:  *s/  Alan Remy Taborga*
  Alan Remy Taborga
  Assistant Attorney General
  Office of the Illinois Attorney General
  1776 East Washington Street
  Urbana, Illinois 61802
  Phone: (217) 278-3332
  E-Mail: alan.taborga@ilag.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2025, I electronically filed the foregoing, *Notice of Appearance for Defendant*, with the Clerk of Court using the CM/ECF system, which will send notification to the following participants:

Arthur Loevy
Locke E. Bowman
Maria Makar
LOEVY & LOEVY
arthur@loevy.com
locke@loevy.com
makar@loevy.com

Brian J Riordan
CLAUSEN MILLER PC
briordan@clausen.com

Matthew H. Weller
Chad M. Skarpiak
Joseph J Lombardo
CASSIDAY SCHADE LLP
mweller@cassiday.com
cskarpiak@cassiday.com
jlombardo@cassiday.com

                    Respectfully submitted,

By:   *s/    Alan Remy Taborga*
       Alan Remy Taborga
       Assistant Attorney General
       Office of the Illinois Attorney General
       1776 East Washington Street
       Urbana, Illinois 61802
       Phone: (217) 278-3332
       E-Mail: alan.taborga@ilag.gov