E-FILED
Monday, 24 November, 2025  10:54:53 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | | |
|---|---|---|
| KESHAWN FREEMAN et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-01423-CSB-EIL |
| JAMES DAWSON et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff KESHAWN FREEMAN                                                                                                .

Date:       11/24/2025

s/Maura D. White
*Attorney's signature*

Maura D. White     62 89336
*Printed name and bar number*

321 N. Clark St., Suite 900
Chicago, IL 60654

*Address*

mwhite@rblaw.net
*E-mail address*

(312) 458-1000
*Telephone number*

(312) 458-1004
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

KEYSHAWN FREEMAN et al.    )
*Plaintiff*    )
v.    )    Case No.    1:23-cv-01423-CSB-EIL
JAMES DAWSON et al.    )
*Defendant*    )
)

CERTIFICATE OF SERVICE

I certify that on __11/24/2025__, I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

__All Counsel of Record__,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

_____.

s/Maura D. White
*Attorney's signature*

Maura D. White    62 89336
*Printed name and bar number*

321 N. Clark St., Suite 900
Chicago, IL 60654
*Address*

mwhite@rblaw.net
*E-mail address*

(312) 458-1000
*Telephone number*

(312) 458-1004
*Fax number*