E-FILED
Friday, 12 December, 2025  11:43:01 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| KESHAWN FREEMAN *et al*., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case no. 23-cv-1423 |
| | ) |
| v. | ) Honorable Colin S. Bruce |
| | ) Judge Presiding |
| [DEF] *et al*., | ) |
| | ) Honorable Eric I. Long |
| Defendants. | ) Magistrate Judge |

**STATUS REPORT**

NOW COMES Defendant, Cherryle Hinthorne ("IDOC Defendant"), by and through her attorney, KWAME RAOUL, Attorney General of the State of Illinois, and submits the following Status Report.  In support thereof, Defendant states as follows:

1.      There are currently two criminal cases pending against Co-defendant, James Dawson: Fulton County Case: 2023CF167 and Johnson County Case: 2023CF41.

2.      As of today, according to the Fulton County Court Clerk, the docket reflects that Fulton County Case 2023CF167 is next set for status on February 9, 2026.  There is no indication that a trial date will be set anytime in the near future.

3.      As of today, according to the Johnson County Court Clerk, the docket reflects that Johnson County Case 2023CF41 is next set for status on January 14, 2026.  This docket entry suggests that Johnson County is waiting for the conclusion of the Fulton County case before taking any further action.

4.      Defendant will continue to monitor both criminal cases.

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

s/*Paul O. Watkiss*
Paul O. Watkiss
ARDC #6196695
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
Prisoner Litigation Unit
115 S. LaSalle Street
Chicago, Illinois 60603

312-814-2098 (Office)
312-405-0613 (Cell)
Paul.watkiss@ilag.gov

## CERTIFICATE OF SERVICE

Pursuant to 28 USC 1746, I hereby certify under penalty of perjury that on December 12, 2025, I electronically filed the foregoing **Joint Status Report**, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorney for Plaintiffs:**

Arthur Loevy
Maria Adel Makar
Locke Bowman
LOEVY & LOEVY
311 North Aberdeen St
3rd Floor
Chicago, IL 60607
312-243-5900
Arthur@loevy.com
Makar@loevy.com
Locke@loevy.com

**Attorney for Plaintiff, Keshawn Freeman:**

Maura D. White
321 N. Clark St., Suite 900
Chicago, IL 60654

mwhite@rblaw.net
(312) 458-1000
(312) 458-1004

2

**Attorney for Defendants Dawson & Precise Specialties:**

Brian J Riordan
Connor J. Lynde
CLAUSEN MILLER PC
10 S Lasalle St
Suite 1700
Chicago, IL 60603-1098
(312) 855-1010
Briordan@clausen.com
Clynde@clausen.com

**Attorney for Defendants Wexford:**

Matthew H Weller
Chad M Skarpiak
Joseph J Lombardo
CASSIDAY SCHADE LLP
222 West Adams Street
Suite 2900
Chicago, IL 60606
312-641-3100
Mweller@cassiday.com
jlombardo@cassiday.com
cskarpiak@cassiday.com

and I hereby certify that on that same date, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the following non-registered participant:

N/A

Executed on December 12, 2025.

KWAME RAOUL
Attorney General of Illinois

s/*Paul O. Watkiss*
Paul O. Watkiss
ARDC #6196695
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
Prisoner Litigation Unit
115 S. LaSalle Street
Chicago, Illinois 60603

312-814-2098 (Office)
312-405-0613 (Cell)

Paul.watkiss@ilag.gov