E-FILED
Wednesday, 29 April, 2026  04:19:33 PM
Clerk, U.S. District Court, ILCD

21723/051778

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KESHAWN FREEMAN, RAYNADA JONES,
HERBIE MCBRIDE, MARIO FROYLAN,
DARCELL PRINCE, JAMES HUGHES,

     Plaintiff,

v.

JAMES DAWSON, CHERRYLE
HINTHORNE, WEXFORD HEALTH
SERVICES, INC., PRECISE SPECIALTIES,
INC., STATE OF ILLINOIS, UNKNOWN
WEXFORD EMPLOYEES and UNKNOWN
ILLINOIS DEPARTMENT OF
CORRECTIONS EMPLOYEES,

     Defendant.

No. 23cv1423

Judge Colin Stirling Bruce

Magistrate Judge Eric I. Long

**APPEARANCE OF COUNSEL**

To:    The Clerk of the Court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for:

        Wexford Health Sources, Inc.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

        By:   /s/  Joy C. Syrcle
            One of the Attorneys for Defendant
            Wexford Health Sources, Inc.

Joy C. Syrcle
6302066
CASSIDAY SCHADE LLP
2040 W. Iles Avenue, Suite B
Springfield, IL  62704
(217) 572-1714
jsyrcle@cassiday.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I electronically filed the foregoing Appearance of

Counsel with the Clerk of the Court using the CM/ECF system.  The electronic case filing system

sent a "Notice of E-Filing" to the following:

Arthur R. Loevy
Locke E. Bowman
Loevy & Loevy
311 N. Aberdeen St., 3rd FL
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (Fax)
arthur@loevy.com
locke@loevy.com

Brian J. Riordan
Clausen Miller P.C.
225 W. Randolph, Suite 700
Chicago, IL  60606
briordan@clausen.com

James Robinson
Paul Watkiss
Assistant Attorneys General
115 S. LaSalle Street, Suite 2800
Chicago, IL 60603

Alan Remy Taborga
Assistant Attorney General
Bennettt Administrative Center
102 East Main Street
Urbana, IL  61801-2744
Alan.Taborga@ilag.gov


Under penalties as provided by law, I certify that the statements set forth herein are true

and correct.


                                                          /s/     Joy C. Syrcle
13837464

3