E-FILED
Wednesday, 06 May, 2026  02:59:44 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

### Central District of Illinois

|  |  |  |
|---|---|---|
| KESHAWN FREEMAN, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23-CV-01423 |
| JAMES DAWSON, ET AL. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JAMES DAWSON AND PRECISE SPECIALTIES, INC.                                                 .

Date:     05/06/2026

James D. Gildner
*Attorney's signature*

James D. Gildner, #6326503
*Printed name and bar number*
Clausen Miller P.C.
225 West Randolph Street
Suite 700
Chicago, IL 60606

*Address*

jgildner@clausen.com
*E-mail address*

(312) 855-1010
*Telephone number*

(312) 606-7777
*FAX number*